CROWELL & MORING LLP
Valerie M. Goo (SBN 187334)
VGoo@crowell.com
Raija J. Horstman (SBN 277301)
RHorstman@crowell.com
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:     213.622.4750
Facsimile:      213.622.2690

Christopher Cole (*pro hac vice pending*)
CCole@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC  20004
Telephone:     202.624.2500
Facsimile:      202.628.5116

Attorneys for Defendant
MOLSON COORS BEVERAGE COMPANY USA LLC[1]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| JOSEPH WAGNER as an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Molson Coors Beverage Company,<br><br>Defendant. | Case No. 3:21-CV-05461-WHO<br><br>**DECLARATION OF SOFIA COLUCCI IN SUPPORT OF MOLSON COORS'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:<br>Time:               2:00 PM<br>Courtroom:     2<br><br>Action Filed:   July 15, 2021<br>Judge:            Hon. William H. Orrick<br><br>[Filed Concurrently with Notice of Motion and Motion to Dismiss Plaintiff's Complaint; [Proposed] Order re Motion to Dismiss; Request for Judicial Notice; and [Proposed] Order re Request for Judicial Notice] |

---

[1] Molson Coors Beverage Company USA LLC was erroneously sued as Molson Coors Beverage Company.

## DECLARATION OF SOFIA COLUCCI

I, Sofia Colucci, declare as follows:

1. I am over 18 years of age. I am currently the Vice President – Marketing, Miller Family of Brands, and was the Vice President of Innovations and subsequently the Vice President of North American Innovations at Molson Coors Beverage Company USA LLC ("Molson Coors") during the times relevant to the development and initial commercialization of Vizzy Hard Seltzer, and, as such, I am authorized to make this Declaration. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently thereto. I make this Declaration in support of Molson Coors's Motion to Dismiss Plaintiff Joseph Wagner's Complaint, filed concurrently herewith.

2. Molson Coors's Vizzy Hard Seltzer product is an outgrowth of a program that Molson Coors started in May 2018 to focus on different types of alcoholic beverages that could distinguish over what was already in the market based on their ingredients. Molson Coors researched and developed a hard seltzer product with antioxidant vitamins as part of this initiative.

3. Molson Coors started testing potential brand names for the product in July 2019 and committed to use the "Vizzy" name in September 2019.

4. Vizzy was not in production or available in retail stores in 2018 or 2019. Molson Coors launched the Vizzy product nationwide in April 2020.

I declare, under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of September, 2021 at Chicago, Illinois.

*[signature]*

**Sofia Colucci**