1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| JOSEPH WAGNER as an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Molson Coors Beverage Company,<br><br>Defendant. | Case No. 3:21-CV-05461-WHO<br><br>**[PROPOSED] ORDER GRANTING MOLSON COORS'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:         October 20, 2021<br>Time:        2:00 PM<br>Courtroom:  2<br><br>Action Filed: July 15, 2021<br>Judge:         Hon. William H. Orrick<br><br>[Filed Concurrently with Notice of Motion and Motion to Dismiss Plaintiff's Complaint; Declaration of Sofia Colucci; Request for Judicial Notice; [Proposed] Order re Request for Judicial Notice] |

**[PROPOSED] ORDER**

Defendant, Molson Coors Beverage Company USA LLC's ("Molson Coors") Motion to Dismiss Plaintiff's Complaint came before the Court for hearing on October 20, 2021 at 2:00 p.m. Having considered the moving and opposing papers and the argument of the parties, and such other documents and information appropriately considered, the Court finds as follows:

Under Federal Rule of Civil Procedure 12(b)(1), Rule 11 and the court's inherent powers:

1.      Plaintiff lacks Article III standing because he could not have purchased the product as alleged in 2018.

2.      Plaintiff has filed a patently false declaration asserting that he purchased the product at a Safeway in Petaluma, California in August and September 2018, which is nearly two years before the product was ever sold to the public.

Good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

Molson Coors's Motion to Dismiss Plaintiff's Complaint with prejudice is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____        _____
　　　　　　　　　　　　　　　　　　　　The Honorable William H. Orrick
　　　　　　　　　　　　　　　　　　　　United States District Judge,
　　　　　　　　　　　　　　　　　　　　Northern District of California